IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>MICHAEL J. CLINTON and NANCY KAY CLINTON<br><br>MICHAEL J. CLINTON AND NANCY KAY CLINTON<br><br>,     Movant<br><br>vs.<br><br>Freedom Mortgage Corporation,<br>     Respondent | Case No. 1:22-bk-02501-HWV<br><br>Chapter 13 |

**RESPONSE TO MOTION TO RECONSIDER ORDER**

Freedom Mortgage Corporation, (herein, "Respondent") by and through undersigned counsel, hereby responds to the Motion to Reconsider Order [Doc. 46] filed on January 27, 2024 and in support thereof, shows unto the Court as follows:

1. Admitted.

2. Respondent denies each and every allegation not specifically admitted herein.

3. The Debtor is post-petition due for January 1, 2024 and owes a total of $3,705.04 to become post petition current.

4. By way of further response, if the matter is settled by agreement Respondent anticipates filing a stipulation to confirm the terms.

**WHEREFORE**, Respondent respectfully requests that this Honorable Court deny the Motion to Reconsider Order and for any other relief the Court deems just and proper.

This the 10th day of February, 2024

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>MICHAEL J. CLINTON AND NANCY KAY CLINTON AKA NANCY F. CLINTON | Case No. 1:22-bk-02501-HWV |
| Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>MICHAEL J. CLINTON AND NANCY KAY CLINTON AKA NANCY F. CLINTON,<br>    Debtors | Chapter 13 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Objection to Motion to Reconsider Order has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Gregory S Hazlett, Debtor's Attorney
7 West Main Street
Mechanicsburg, PA 17055
adlitem@pa.net


Jack N Zaharopoulos (Trustee), Bankruptcy Trustee
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

Via First Class Mail:

MICHAEL J. CLINTON
18 GOBN DRIVE
CARLISLE, PA 17013

NANCY KAY CLINTON
18 GOBN DRIVE
CARLISLE, PA 17013


Date: <u>February 11, 2024</u>

<u>*/s/Mario Hanyon*</u>
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com