# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| IN RE:<br>MICHAEL J. CLINTON AND NANCY KAY CLINTON AKA NANCY F. CLINTON<br>   Debtors | Case No. 1:22-bk-02501-HWV |
| Freedom Mortgage Corporation,<br>   Movant | Chapter 13 |
| vs.<br>MICHAEL J. CLINTON AND NANCY KAY CLINTON AKA NANCY F. CLINTON<br>   Respondents | 11 U.S.C. §362 |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

    Reason for the continuance.
    Working on Resolution

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: March 8, 2024

                                                Applicant's Signature

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>MICHAEL J. CLINTON AND NANCY KAY CLINTON AKA NANCY F. CLINTON | Case No. 1:22-bk-02501-HWV<br><br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>MICHAEL J. CLINTON AND NANCY KAY CLINTON AKA NANCY F. CLINTON,<br>    Debtors | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Motion to Continue hearing has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Gregory S Hazlett, Debtor's Attorney
7 West Main Street
Mechanicsburg, PA 17055
adlitem@pa.net


Jack N Zaharopoulos (Trustee), Bankruptcy Trustee
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102


Via First Class Mail:

MICHAEL J. CLINTON
18 GOBN DRIVE
CARLISLE, PA 17013

NANCY KAY CLINTON
18 GOBN DRIVE
CARLISLE, PA 17013

Date: <u>March 8, 2024</u>

                                     <u>*/s/Mario Hanyon*</u>
                                     Andrew Spivack, PA Bar No. 84439
                                     Matthew Fissel, PA Bar No. 314567
                                     Mario Hanyon, PA Bar No. 203993
                                     Ryan Starks, PA Bar No. 330002
                                     Jay Jones, PA Bar No. 86657
                                     Attorney for Creditor
                                     BROCK & SCOTT, PLLC
                                     3825 Forrestgate Drive
                                     Winston Salem, NC 27103
                                     Telephone: (844) 856-6646
                                     Facsimile: (704) 369-0760
                                     E-Mail: PABKR@brockandscott.com