# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>**MICHAEL J. CLINTON**<br>**NANCY KAY CLINTON**<br><br>                        **Debtor(s)**<br><br>**Freedom Mortgage Corporation**<br><br>                      **Plaintiff(s)/ Movants**<br><br>    **vs.**<br>MICHAEL J. CLINTON<br>NANCY KAY CLINTON<br><br>                      **Defendant(s)/ Respondent(s)** | **CHAPTER**        13<br>**CASE NO.**       1:22-bk-02501-HWV<br>**NATURE OF PROCEEDING:**    Motion to Reconsider Order<br>**DOCUMENT No.**    46 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
        ☒ Thirty (30) days.
        ☐ Forty-five (45) days.
        ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: **April 7, 2024**          /s/ Mario Hanyon
                                                   Attorney for:     Freedom Mortgage Corporation

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.